(No. 5645-

SPRINGFIELD RADIOLOGISTS, Claimant, *vs.* STATE OF ILLINOIS, DIVISION OF VOCATIONAL REHABILITATION, Respondent.

*Opinion filed August 30, 1971.*

SPRINGFIELD RADIOLOGISTS, Claimant, pro se.

243

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.